**IT IS ORDERED as set forth below:**



Date: January 26, 2021


_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NATALIE PATRICIA SHOWELL, | ) | CASE NO. 20-72139-WLH |
| *AKA NATALIE PATRICIA WHATLEY* | ) | |
| Debtor. | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, | ) | |
| FSB, NOT IN ITS INDIVIDUAL CAPACITY | ) | |
| BUT SOLELY AS OWNER TRUSTEE OF | ) | |
| CSMC 2019-RPL7 TRUST AS SERVICED BY | ) | CONTESTED MATTER |
| SELECT PORTFOLIO SERVICING, INC., | ) | |
| Movant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATALIE PATRICIA SHOWELL, | ) | |
| *AKA NATALIE PATRICIA WHATLEY* | ) | |
| EDWIN K. PALMER, Trustee, | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOC #12)

The Motion of Wilmington Savings Fund Society, FSB, not in its individual capacity but

solely as Owner Trustee of CSMC 2019-RPL7 Trust, as serviced by Select Portfolio Servicing, Inc., the servicing agent, for itself, its successors and assigns ("Movant") was filed December 23, 2020 [Doc. No. 12] regarding the real property located at and commonly known as 4865 Montcalm Dr SW, Atlanta, Georgia 30331 ("Property") and was scheduled for hearing January 21, 2021 upon Notice of Assignment of Hearing Movant provided to each of the above-captioned parties in interest.   No opposition to the Motion was filed of record or presented at the hearing and Movant contends Respondents were properly served.   Therefore, it is hereby

ORDERED that the 11 U.S.C. Section 362(a) automatic stay is *modified* to allow Movant to assert its rights and remedies under applicable law as to the Property, including, but not limited to, the institution and completion of foreclosure proceedings, collection of reasonable fees, and all other equitable relief; provided, however, that upon completion of any foreclosure sale, any funds in excess of the lawful amount owed to Movant under its Note and Security Deed, and to any subordinate lienholder properly entitled to receive proceeds under applicable State Law as to the Property, shall be paid to the Trustee for the benefit of the Estate.   It is further

ORDERED that Movant, at its option, is permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.  It is further

ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

*(Signatures on the next page)*

PREPARED AND PRESENTED BY:

*/s/John D. Schlotter*
_____

John D. Schlotter, GA Bar No. 629456
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
Direct Phone: 678-281-6453
Email: John.Schlotter@mccalla.com

DISTRIBUTION LIST

Natalie Patricia Showell
1304 Calhoun Terrace SW
Atlanta, GA 30314

Ravena B. Lottie
Baskerville Lottie & Associates, LLC
Suite 100
4150 Snapfinger Woods Drive
Decatur, GA 30035

Edwin K. Palmer, Trustee
P.O. Box 1284
Decatur, GA 30031